

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*402 East State Street, Room 430*     *(609) 858-0307*
*Trenton, New Jersey 08608*

May 29, 2026

## ELECTRONICALLY FILED

The Honorable Georgette Castner
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
Trenton, New Jersey 08608

  Re: *United States v. Edward Poli*
     <u>Crim. No. 21-172</u>

Dear Judge Castner:

Please accept this letter requesting an adjournment for the violation of supervised release ("VOSR") hearing of defendant Edward Poli, which is currently scheduled before Your Honor for June 9, 2026, at 10:00 a.m. Mr. Poli had his initial appearance before the Honorable Rukhsanah L. Singh, United States Magistrate Judge, on April 9, 2026 and was released on his previously imposed conditions of supervised release.

Since that time, the Government understands that Mr. Poli has been largely compliant with the terms of his supervision. The Government respectfully requests an adjournment of the final VOSR hearing to a later date in July or August to provide Mr. Poli with additional time to demonstrate compliance with his release terms. U.S. Probation and defense counsel are aware of the adjournment request and do not object to it. Thank you for Your Honor's consideration.

**GRANTED**
VOSR Hearing reset for
<u>August 19, 2026, at 10:00 a.m. in Courtroom 5E</u>

**SO ORDERED**
on this 2nd day of June, 2026

*Georgette Castner*
_____
Hon. Georgette Castner, U.S.D.J.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

_____
Jonathan S. Garelick
Assistant U.S. Attorney

cc: Adam K. Axel, Esq., Counsel for Edward Poli
   Blair Janulis, U.S. Probation Officer